In the United States District Court
for the District of Columbia

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Jared Lane Wise,<br><br>                    Defendant. | Case No. 1:23-cr-00184-RDM<br><br>Memorandum re: Contested Opening Exhibits |

### Defense Contested Opening Exhibits

The Defense seeks to use the following exhibits in opening and asks to address any Government objections prior to opening arguments so that they may be preadmitted.

**Diagrams**

*Google Maps of Area around Capitol*
- **Dx22** "Cap East"
- **Dx24** "Cap Wash Mnmt"

*Capitol Grounds Diagram*
- **Dx27** OSINT Capitol and Capitol Grounds Maps

*Technical Specifications of Stinger Grenades*
- **Dx3**

**FatPencil Slides & Work Product**

- **Dx14** (Numbers/Titles have been removed from top-left of slides in Opening)
    - Page 3: Lower West Plaza (embedded Video: **Dx 8.2_clipped from Gx512** (Duration :18) (YouTube)
    - Page 4: Approaching the Capitol (embedded Photo: **Dx 55_ Screengrab from Gx207**) (CCTV)
    - Page 8: Upper NW Terrace (embedded Video: **Dx 15.1** (1:08) (*Fat Pencil work product*) (Incorporates: BWC Linwood, BWC Audio Niewenhouse, CCTV 8, BWC Stacks, Jan 6. Archive)
    - Page 11: Officers Fall (embedded Video: **Dx 16** (:23) (*Fat Pencil work product*) (Incorporates: BWC Stacks, BWC Alberti, BWC Audio Niewenhouse)

Page 1 – Memorandum re: Contested Opening Exhibits

- o  Page 14: Distances
- o  Page 23: Individuals Accused of Assault

**Clips of Government Exhibits**

- **Dx 30.1** clipped from Gx202 (Duration :14) (CCTV)
- **Dx 31.1** clipped from Gx202a (Duration :55) (CCTV)
- **Dx 32.1** clipped from Gx203 (Duration :35) (CCTV)

**Other Videos**

- **Dx 5.1** (Duration 00:13) (Open Source)
- **Dx 6** (Duration 00:17) (Open Source)
- **Dx 132** (Duration 00:39) (BWC Brown, @ 4:22)
- **Dx 136** (Duration 00:22) (BWC Delozier, @ 4:22, one portion ½ speed)
- **Dx 203** (Duration 00:25) (Open Source)

## Arguments re: Government Contested Opening Exhibits

**GX 106, Restricted Perimeter Map**

Defense objections on relevance grounds. By the time Mr. Wise arrived to the Capital grounds, many of these barriers had been removed. Defense also objects on FRE 403 grounds, in that there is a potential for confusing or misleading the jury; different portions of this perimeter were marked in different ways (such as bike racks, directional signs, or no barriers), especially at different times of the day. Presenting a diagram that makes it seem as though the perimeter was uniformly and strongly marked at all times is likely to mislead the jury about the nature of the restriction of the grounds.

**GX 501**, **Patriot Punk Video**

Defense assumes that based on the labeling of the exhibit, the Government only intends to introduce 1:15-1:30 of the video that has been discovered as Government Exhibit 501. Certainly, the remaining time in the more than 30-minute-long video contains inadmissible hearsay statements, many of which are substantially more prejudicial than they are probative

Page 2 – Memorandum re: Contested Opening Exhibits

under FRE 403. Additionally, the entirety of the video footage is irrelevant and covers areas that Mr. Wise never appears and was never located (particularly, the right side of the Lower West Plaza).

The period from 1:15-1:30 is also irrelevant. It is also taken at an indeterminate time and risks misleading the jury under FRE 403. As best as can be ascertained, that period in the video was taken more than 10 minutes before Mr. Wise got to the Capitol grounds (at 12:01 in the full video, the first sounds of flash-grenades can be heard, which marks the approximate time Mr. Wise was approaching the Capitol grounds). Therefore, any barriers or signs may have been moved, changed or different, and this video would capture irrelevant and potentially prejudicial or misleading representations of the barriers.

Additionally, the video clip shows a different area of the grounds than Mr. Wise approached from and would not reflect the barriers visible to him. At 1:28 in the video, the Garfield Memorial can be seen (corroborated by the view at 1:19, which shows the angle towards the Capitol building as approaching from the right or south side of the grounds). Mr. Wise came into the grounds from the north, or left side (near the Peace Monument). Even if taken at the appropriate time, these barriers do not match the area of the grounds Mr. Wise would have seen, and are therefore irrelevant, potentially misleading, and prejudicial under FRE 403.

**GX 514**, **Archive.org Video**

Defense has no objection to the portion of the video which depicts Mr. Wise. However, that constitutes only approximately 00:20 of the video provided (13:30-13:50 or the original Archive.org video), after which Mr. Wise leaves the frame to the left and is not seen again. Any further video, without evidence corroborating Mr. Wise's presence or ability to see the depicted

information, is irrelevant, potentially misleading under FRE 403, and substantially more prejudicial than probative to the extent that it covers actions and statements by protesters which Mr. Wise did not view.

Respectfully submitted on January 6, 2025.

| | |
|---|---|
| *s/ Peyton Lee* | *s/ Kurt Hermansen* |
| Peyton Lee, OSB No. 164224 | Kurt David Hermansen, CA Bar No. 166349 |
| Assistant Federal Public Defender | Supervisory Assistant Federal Public Defender |
| 101 SW Main Street, Suite 1700 | 859 Willamette St. Suite 200 |
| Portland, OR 97204 | Eugene, OR 97401 |
| Tel: (503) 326-2123 | Tel: (619) 436-8117 |
| Email: Peyton_Lee@fd.org | Email: kurt_hermansen@fd.org |

**Attorneys for Defendant Jared Lane Wise**